IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| HENRY JOHN PRIEN, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. CV08-465-S-BLW |
| vs. | ) | **JUDGMENT** |
| JOHANNA SMITH and BARBRA JOHNSTON, | ) | |
| Defendants. | ) | |

Based upon this Court's Memorandum Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendants and this case is **DISMISSED IN ITS ENTIRETY** with prejudice.

DATED: **January 5, 2010**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT - 1**